UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Tony Weems, | ) |
|       Petitioner, | ) |
| v. | ) Civil Action No. 08 0108 |
| Honorable Judge Gladys Kessler, | ) |
|       Respondent. | ) |

## MEMORANDUM OPINION

This matter is before the Court on petitioner's *pro se* petition for a writ of mandamus and application to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and will dismiss the case for lack of subject matter jurisdiction.

Petitioner is a prisoner confined at the Big Sandy United States Penitentiary in Inez, Kentucky. He seeks to compel a district judge of this Court to act, but in what way is unclear. In any event, this Court is not a reviewing court, *see* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), and therefore lacks jurisdiction to entertain the petition. Accordingly, the case will be dismissed by separate Order issued contemporaneously.

                                                          _____
                                                          United States District Judge

Date: January 9th, 2008