FILED
JAN 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tony Weems, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08 0108 |
| ) | |
| Honorable Judge Gladys Kessler, ) | |
| ) | |
| Respondent. ) | |

### MEMORANDUM OPINION

This matter is before the Court on petitioner's *pro se* petition for a writ of mandamus and application to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and will dismiss the case for lack of subject matter jurisdiction.

Petitioner is a prisoner confined at the Big Sandy United States Penitentiary in Inez, Kentucky. He seeks to compel a district judge of this Court to act, but in what way is unclear. In any event, this Court is not a reviewing court, *see* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), and therefore lacks jurisdiction to entertain the petition. Accordingly, the case will be dismissed by separate Order issued contemporaneously.

United States District Judge

Date: January 9th, 2008