UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Tony Weems, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08 0108 |
| Honorable Judge Gladys Kessler, | ) |
| Respondent. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 9th day of January 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice for lack of subject matter jurisdiction.

United States District Judge